898 A.2d 510

IN THE MATTER OF WILLIAM L. NASH, (A/K/A
WILLIAM L. NASH, II) AN ATTORNEY AT
LAW (ATTORNEY NO. 030031991).

May 24, 2006.

# ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–337, recommending that **WILLIAM L. NASH, a/k/a WILLIAM L. NASH, II**, formerly of **NEWARK**, who was admitted to the bar of this State in 1992, and who has been suspended from the practice of law since April 8, 2003, be disbarred for violating *RPC* 1.15(a)(commingling of personal and trust funds), *RPC* 1.15(b)(failure to disburse funds promptly), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit, and misrepresentation), and *RPC* 8.4(d)(engaging in conduct prejudicial to the administration of justice);

And **WILLIAM L. NASH, a/k/a WILLIAM L. NASH, II**, having failed to appear on the order to show cause issued in this matter;

And good cause appearing;

It is ORDERED that **WILLIAM L. NASH, a/k/a WILLIAM L. NASH, II**, be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **WILLIAM L. NASH, a/k/a WILLIAM L. NASH, II**, pursuant to *Rule* 1:21–6, which were restrained from disbursement by Order of the Court filed April 8, 2003, shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further Order of this Court; and it is further

ORDERED that **WILLIAM L. NASH, a/k/a WILLIAM L. NASH, II**, be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.